IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARNELL WILKINS | : CIVIL ACTION |
|---|---|
| v. | : |
|  | : NO. 16-5845 |
| JAY LANE, *et al.* | : |

## ORDER

**AND NOW**, this 29th day of September 2017, upon considering Darnell Wilkins's Petition for writ of *Habeas Corpus* (ECF Doc. No. 1), the July 28, 2017 Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF Doc. No. 15), Mr. Wilkins's Objections to the Report and Recommendation (ECF Doc. No. 19), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. United States Magistrate Judge Perkin's extensive and well-reasoned July 28, 2017 Report and Recommendation of (ECF Doc. No. 15) is **APPROVED AND ADOPTED**;

2. Mr. Wilkins's Petition for Writ of *habeas corpus* (ECF Doc. No. 1) is **DISMISSED**;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **closed** for statistical purposes.

KEARNEY, J.